**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00088-CV**
_____

**SOUTH CENTRAL SAND, LLC, Appellant**

**V.**

**WENDELL KELLEY CONSTRUCTION CO., Appellee**

_____

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CV1915359**
_____

**MEMORANDUM OPINION**

Appellant has filed a motion to dismiss this appeal. The motion appears to be voluntarily made by the appellant and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

PER CURIAM

Submitted on April 1, 2020
Opinion Delivered April 2, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.